IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TYRON MCFADDEN | : | No. 15-376-1 |

## ORDER

AND NOW, this 15th day of November, 2021, upon consideration of Tyron McFadden's *pro se* Motion to Vacate/Set Aside/Correct His Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 680), Mr. McFadden's *pro se* Motion to Vacate/Set Aside/Correct His Sentence Pursuant to 28 U.S.C. § 2255 filed on the Corrected Forms (Doc. No. 684), the Government's Response in Opposition (Doc. No. 698), Mr. McFadden's *pro se* Reply (Doc. No. 703), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. McFadden's Motion to Vacate/Set Aside/Correct His Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 684) is **DENIED**;

2. No probable cause exists to issue a certificate of appealability; and

3. The *pro se* Motion Seeking Extension of Time to File a Reply to the Government's Response to Petitioner's Motion (Doc. No. 700) is **DENIED AS MOOT**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1