IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| TYRON MCFADDEN | : | No. 15-376-1 |
| | : | |

## ORDER

AND NOW, this 28th day of April, 2023, upon consideration of Mr. McFadden's Motion for Compassionate Release and request for a judicial determination to the Bureau of Prisons that he be transferred to home confinement (Doc. No. 876) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion and request (Doc. No. 876) are **DENIED.**

BY THE COURT:

GENE E.K. PRATTER
**United States District Judge**