IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | NO. 15-376-01 |
| TYRON MCFADDEN, | |

## ORDER

**AND NOW**, this 4th day of June 2024, upon consideration of Defendant's Motion for Modification of Sentence (ECF 898), the Government's Response (ECF 900), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.